**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mahmadane Diao,<br><br>  Petitioner,<br><br>vs.<br><br>Enrique Lucero, et al.,<br><br>  Respondents. | No. CV-16-02909-PHX-PGR (MHB)<br><br>ORDER |

Having reviewed *de novo* the Report and Recommendation of Magistrate Judge Burns notwithstanding that no party has filed an objection to the Report and Recommendation, the Court finds that the Magistrate Judge correctly concluded that the petitioner's habeas petition, filed pursuant to 28 U.S.C. § 2241, wherein the petitioner sought his release from immigration detention pending the completion of his removal to Senegal, should be denied as moot because the petitioner was removed to Senegal on March 4, 2017. Therefore,

IT IS ORDERED that the petitioner's Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody is denied as moot and that this action is dismissed without prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment

accordingly.

DATED this 23rd day of May, 2017.

_____
Paul G. Rosenblatt
United States District Judge